440 A.2d 1238

Commonwealth v. Barrett, Appellant.

Commonwealth v. Northrup, Appellant.

 Argued February 4, 1981. Robert J. Beirne, for appellants; Leonard J. Frawley, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Orders affirmed.